**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10192 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02595-FRZ |
| v. | |
| ELIAZAR MATUS-BOJORQUEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

Submitted June 15, 2011[**]

Before:   CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Eliazar Matus-Bojorquez appeals from his guilty-plea conviction and the 30-

month sentence for illegal re-entry after deportation, in violation of 8 U.S.C.

§ 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Matus-Bojorquez's

counsel has filed a brief stating there are no grounds for relief, along with a motion

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**